UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOY MEDLEY

    Plaintiff,

V.                                       CIVIL ACTION NO.
                                                3:15-cv-01492-AVC

DIVERSIFIED CONSULTANTS INC.

    Defendant.                                   November 9, 2016

NOTICE OF DISMISSAL

The plaintiff through her attorney Bernard T. Kennedy withdraws the above captioned matter with prejudice, and without costs, subject to approval of the Court.

                                                        THE PLAINTIFF

                                                BY/S/Bernard T. Kennedy
                                                 Bernard T. Kennedy, Esquire
                                                 157 Pine Orchard Road
                                                 Branford, CT 06405
                                                 Ph   (203) 481-4040
                                                 Fax (443) 607-8903
                                                 Fed. Bar # CT00680
                                                 bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify on today's date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy